RECEIVED
IN ALEXANDRIA, LA.
MAY 26 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WADE GARNER, SR. (#186772) | DOCKET NO. 08-CV-1977; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(b), <u>ONLY</u> as to the following defendants:

    Winn Correctional Center
    Corrections Corporation of America
    Lt. Vernon
    Officer Woo
    Officer Smith
    LPN Jones
    Pat Thomas
    Warden Wilkinson

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 26th day of May, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE