

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

WADE GARNER, SR.,
           Plaintiff

VERSUS

WINN CORRECTIONAL CENTER, et al.,
           Defendants

CIVIL ACTION
SECTION "P"
NO. 1:08-CV-01977

JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Garner's motion for summary judgment (Doc. 30) is DENIED.

IT IS FURTHER ORDERED that this case is remanded to the undersigned Magistrate Judge for an evidentiary hearing.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this ___ day of April, 2010.


                        DEE D. DRELL
            UNITED STATES DISTRICT JUDGE